UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALLAN CLAY GARLINGTON, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-0284** |
| **FRANK DEAR, ET AL.** | **SECTION "E" (4)** |

## ORDER

Before the Court is a Report and Recommendation[1] filed by the Magistrate Judge, recommending that Plaintiff Allan Clay Garlington, Jr.'s 42 U.S.C. § 1983 civil action be transferred to the United States District Court for the Western District of Louisiana, where venue is proper. On February 7, 2025, Plaintiff filed his pro se complaint, challenging his conditions of confinement at Richmond Parish Detention Center.[2] Plaintiff also filed a motion to proceed *in forma pauperis*.[3]

The Magistrate Judge issued the Report and Recommendation on March 21, 2025, recommending that this action be transferred to the Western District of Louisiana.[4] On March 28, 2025, Plaintiff submitted a letter to the Court.[5] Plaintiff reiterated the bases of his claims for relief, but he did not object to the Magistrate Judge's recommendation to transfer venue. Accordingly;

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of

---

[1] R. Doc. 7.
[2] R. Doc. 1.
[3] R. Doc. 4.
[4] R. Doc. 7. The Magistrate Judge found there was no basis for proper venue in the Eastern District of Louisiana because Defendants do not reside in this district, no events giving rise to the action occurred in this district, and Defendants have no connections with this district. *Id.* at p. 2. *See* 28 U.S.C. § 1391(b). The Magistrate Judge further found that, under 28 U.S.C. § 1404 and § 1406, venue transfer is proper in this case.
[5] R. Doc. 9.

any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Allan Clay Garlington Jr.'s civil action under 42 U.S.C. § 1983 is **TRANSFERRED** to the United States District Court for the Western District of Louisiana for further proceedings.

**New Orleans, Louisiana, this 14th day of April, 2025.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

2